1  GREGORY A. BROWER
   United States Attorney
2  RONALD C. RACHOW
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, NV 89501
4  (775) 784-5438

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) 3:08-CR-0001-BES-VPC |
|---|---|
| Plaintiff, | ) |
| v. | ) **INDICTMENT FOR VIOLATION OF:** |
| PATRICIA VINCENT, | ) **TITLE 18, UNITED STATES CODE, SECTION 1361** - Willingly Injuring or Committing any Depredation Against Any Property of the United States (Count One); and |
| Defendant. | ) **TITLE 18, UNITED STATES CODE, SECTION 641** - Theft of Government Property (Count Two); and |
|  | **TITLE 18 - UNITED STATES CODE, SECTION 2** - Aiding and Abetting |

THE GRAND JURY CHARGES THAT:

### Count One

On or about the 7th day of April 2007 in the District of Nevada, the Defendant, PATRICIA VINCENT, willfully and by means of using a commercial tree removing business, did injure and commit a depredation against property of the United States, to wit, the United States Forest Service, Department of ~~Interior~~ Agriculture, to wit, employing the commercial tree removing service to remove three 80 to 100 year old trees from a U.S. Forest Service lot adjacent to her property in order to enhance her view and the resulting damage was in excess of $1,000, all in violation of Title 18, United States Code, Section 1361 and 2.

### Count Two

On or about the 7th day of April 2007 in the District of Nevada, the Defendant, PATRICIA VINCENT, willfully and knowingly did steal and purloin three 80 to 100 year old pine trees of a value in

1  excess of $10,000, the trees being the property of the United States, all in violation of Title 18, United
2  States Code, Section 641 and 2.

A TRUE BILL:

/S/
FOREPERSON

GREGORY A. BROWER
United States Attorney

RONALD C. RACHOW
Assistant United States Attorney