PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  RENO
DISTRICT OF NEVADA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: GLENDA NEWBY
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (775) 784-5438

Name of Asst. U.S. Attorney (if assigned): RONALD C. RACHOW

CASE NO.
USA vs.
Defendant: PATRICIA VINCENT

3:08-CR-0001-BES-VPC

☐ Interpreter Required    Dialect: _____

Birth Date _____    ☐ Male  ☐ Female    ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Forest Service

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAG. JUDGE CASE NO. _____

Place of offense: Reno-Sparks Indian Colony  County _____

### DEFENDANT

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

FILED  RECEIVED
___  SERVED ON
COUNSEL PARTIES OF RECORD

JAN 16 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18:1361 and 2 | Injuring/Depredation Against Ppty of the U.S. | #1 |
| 4 | 18:641 and 2 | Theft of Government Property | #2 |